United States District Court
Southern District of Texas
**ENTERED**
February 10, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KAFI, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-20-3247 |
| | § | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, *As Trustee for First Franklin Mortgage Loan Trust 2006-FF16 et al* and SPECIALIZED LOAN SERVICING LLC, | § § § § § | |
| | § | |
| Defendants. | § § | |

## ORDER

Pending before the Court is Plaintiff's Motion to Remand (Document No. 8). Having considered the motion, submissions, and applicable law, the Court determines the motion should be denied. Accordingly, the Court hereby

**ORDERS** that Plaintiff's Motion to Remand (Document No. 8) is **DENIED**.

SIGNED at Houston, Texas, on this __10__ day of February, 2021.

DAVID HITTNER
United States District Judge