United States District Court
Southern District of Texas
Houston Division

| | | |
|---|---|---|
| Kafi, Inc. | § | |
| | § | |
| v. | § | Civil Action 4:20−cv−03247 |
| | § | |
| Deutsche Bank National Trust | § | |
| Company, et al. | | |

Notice of Referral

The following motion is referred to Magistrate Judge Peter Bray:

Motion to Quash − #23

Date: March 16, 2021.

Nathan Ochsner, Clerk

By: E. Alexander, Deputy
Clerk