# EXHIBIT 7

**Cause Number:** 4:20-cv-3247

**Style:** Kafi, Inc. v. Deutsche Bank National Trust Company

**Appearances:**

| Counsel: | Representing: |
|---|---|
| Jeffrey Jackson | Kafi, Inc., Plaintiff |
| Branch Sheppard, Annarose Harding | Deutsche Bank National Trust Company, Specialized Loan Servicing LLC, Defendants |
| Connie Jones | Bank of America, Respondent |

| | | | |
|---|---|---|---|
| Date: | April 27, 2021 | Court Reporter: | K. Metzger |
| Time: | 2:00 / 2:36 | Law Clerk: | E. Kirby |

## HEARING
## MINUTES AND ORDER

A hearing was held on the motions to quash the subpoena to testify sent to non-party Bank of America, seeking a Rule 30(b)(6) deposition. (D.E. 23, 32.)

Based on the current pleadings and posture of the case, Plaintiff is not entitled to a Rule 30(b)(6) deposition of Bank of America, a non-party. As discussed more fully on the record, the motions to quash are granted without prejudice. The court will reconsider the issues presented if the pending motion to dismiss is denied or leave to amend is granted.

The Clerk will file the Minutes and Order and provide copies to the parties.

_____
Peter Bray
United States Magistrate Judge