United States District Court
Southern District of Texas
**ENTERED**
November 04, 2021
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| Kafi, Inc., § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action H-20-3247 |
| § | |
| Deutsche Bank National Trust § | |
| Company, et al., § | |
| Defendants. § | |

## ORDER OF ADOPTION

On October 5, 2021, Magistrate Judge Peter Bray recommended that the court grant in part and deny in part Defendants' Motions to Dismiss (D.E. 40 and 62). Plaintiff filed objections. (D.E. 73.) Non-Party Melanie D. Horton responded to the objections. (D.E. 74.) The objections are denied.

After due consideration of the entire record and the applicable law, the court hereby ADOPTS the Memorandum and Recommendation as this court's opinion. The claims that rely on the forgery allegation are dismissed with prejudice and may not be reasserted on amendment.

Signed at Houston, Texas, on November 3, 2021.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE